**Jimmy Ray FERGUSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39937.**

Missouri Court of Appeals,
Western District.

Oct. 25, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 1988.

Application to Transfer Denied
Jan. 17, 1989.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and
MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief.

AFFIRMED. Rule 84.16(b).